UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-60056

VIRGINIA ALDANA ALASTRA,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC., *et al*,

    Defendant.

_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE SOLELY AS TO BCA FINANCIAL SERVICES, INC, ONLY.

Plaintiff, VIRGINIA ALDANA ALASTRA, by and through her undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses BCA FINANCIAL SERVICES, INC., *without prejudice*. Defendants, SOUTH BROWARD HOSPITAL DISTRICT d/b/a MEMORIAL HEALTHCARE SYSTEM, and DOES 1 through 6 are NOT dismissed herein.

Submitted on this 4th day of February, 2020.

                                              */s/ Jessica L. Kerr*
                                              Jessica L. Kerr, Esquire
                                              Florida Bar No. 92810
                                              **THE ADVOCACY GROUP**
                                              200 S.E. 6th Street, Suite 504
                                              Fort Lauderdale, Florida 33301
                                              Telephone: (954) 282-1858
                                              Email: service@advocacypa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of February 2020, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

    */s/ Jessica L. Kerr*
    Jessica L. Kerr, Esq.
    Florida Bar No. 92810