UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA

VIRGINIA ALDANA ALASTRA,

    Plaintiff

v.                                           CASE NO: 0:20-CV-60056

BCA FINANCIAL SERVICES, INC.;
SOUTH BROWARD HOSPITAL DISTRICT
D/B/A MEMORIAL HEALTHCARE SYSTEM,
and DOES 1 through 6,

    Defendant.
_____/

## NOTICE OF CHANGE OF INFORMATION

Pursuant to Local Rule 11.1(g) for the United States District Court for the Southern District of Florida, please take notice of the information changes for Frank Paul Rainer, Esq., Florida Bar Number 436518 effective immediately:

| Old Information | New Information |
| --- | --- |
| **From**: Nelson, Mullins, Broad And Cassel | **To**: South Broward Hospital District d/b/a Memorial Healthcare System |
| **Address**: 215 South Monroe Street, Tallahassee, FL 32301 | **Address**: 3111 Stirling Road, Hollywood, FL 33312 |
| **Telephone No.**: (850) 681-6810 | **Telephone No.**: (954) 265-6566 |
| **Email address:** Frank.Rainer@nelsonmullins.com | **Fax No.**: (954) 276-0487 |
|  | **Email address**: frainer@mhs.net |

I will continue to be counsel of record on the above-entitled case at my new firm/agency.

Dated: June 29, 2020

                                                                Frank P. Rainer