UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-60056

VIRGINIA ALDANA ALASTRA,

    Plaintiff,

v.

BCA FINANCIAL SERVICES, INC., *et al*,

    Defendant.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, VIRGINIA ALDANA ALASTRA, and Defendant, MEMORIAL HEALTHCARE SYSTEM, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice.  Each party shall bear their own attorneys' fees and costs.

Submitted on this 21st$^{th}$ day of May, 2020.

| | |
|---|---|
| */s/ Frank P. Rainer* | */s/ Jessica L. Kerr* |
| Frank P. Rainer, Esq. | Jessica L. Kerr, Esquire |
| **Attorney for Defendant** | Florida Bar No. 92810 |
| **MEMORIAL HEALTHCARE SYSTEM** | **THE ADVOCACY GROUP** |
| **OFFICE OF GENERAL COUNSEL** | **Attorney for Plaintiff** |
| Bar No. 436518 | 100 S. Biscayne Blvd., Ste 300-322 |
| 3111 Stirling Road | Miami, Florida 33131 |
| Hollywood, Florida 33312 | Telephone: (954) 282-1858 |
| Telephone: (954) 265-5933 | Email: service@advocacypa.com |
| Facsimile: (954) 276-0487 | |
| Email: frainer@mhs.ne | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May 2021, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      Respectfully submitted,

      */s/ Jessica L. Kerr*
      Jessica L. Kerr, Esq.
      Florida Bar No. 92810