UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60056-CIV-ALTMAN/Hunt

**VIRGINIA ALDANA ALASTRA**,

    *Plaintiff,*

v.

**BCA FINANCIAL SERVICES, INC.,** *et al.*,

    *Defendants.*

_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 76]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

4. This matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of May 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record